AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

ROBERT JUDGE
Plaintiff
v.

LAFAYETTE CONSOLIDATED GOVERNMENT , et al.
Defendant

) Civil Action No. 6:25−CV−02054−DCJ−DJA
) Judge David C Joseph

## SUMMONS IN A CIVIL ACTION

To:
**Abraham Rubin, Jr**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jason M Welborn**
**Welborn & Hargett**
**1031 Camellia Blvd**
**Lafayette, LA 70508**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/28/2026

/s/ − Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25−CV−02054−DCJ−DJA

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Abraham Rubin, Jr** was received by me on *(date)* 10/28/2026 .

- I personally served the summons on **Abraham Rubin, Jr** at *(place)* 705 W. University Ave., Lafayette, LA 70506 on *(date)* 11/10/2026 ; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______ ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ ______ on *(date)* ______; or
- I returned the summons unexecuted because ______ ______; or
- Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 11/11/2026

*Server's signature*

Brittany Johnson. Process server

*Printed name and title*

Accurate Intelligence
202 Smith Reed Road
Lafayette, LA 70507
337-319-4282

*Server's address*

Additional information regarding attemped service, etc: